OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 2, 2006

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 Orange Street
P.O. Box 2207
Wilmington, DE 19899

Allen M. Terrell, Jr.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

        RE:   Tristrata Technology, Inc. v. Neoteric Cosmetics, Inc.
               Civil Action No. 96-227 JJF

Dear Counsel:

       The Clerks Office is returning and/ or disposing of exhibits located in its storage are, in accordance with the Court's Local Rule 79.1(b)(2). We presently possess Markman Hearing exhibits exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

       Please advise me no later than February 16, 2006 whether you wish to retrieve the exhibits or have them discarded. I the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

                                          Very truly yours,
                                          Peter T. Dalleo, Clerk

                                          */s/ Anita Bolton*
                                          Anita Bolton
                                          Courtroom Deputy